**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

MARIE BIBUM, *et al.*,

                Plaintiffs,

    v.

SCOTT WILSON, *et al.*,

                Defendants.

Civil Action No. 23-1587 (JMC)

---

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that T.D. Bank's motion to dismiss, ECF 11, is **GRANTED** and Plaintiffs' motion for preliminary injunction, ECF 16, is **DENIED** as moot.

All claims against Defendant T.D. Bank are **DISMISSED**.

**SO ORDERED.**

 

_____
JIA M. COBB
United States District Judge

Date: March 28, 2024